BEFORE THE THIRD DIVISION, MAY 15, 1942

**No. 47193.**—Protest 72169–K of Adolff Bobbin & Co., Inc. (New York).

Opinion by CLINE, J. From the report of the collector it appeared that the immediate containers of the merchandise in certain of the cases were legally marked and that the paper tubes are not capable of being marked. It was therefore held that said merchandise is not subject to the additional duty under section 304.

**No. 47194.**—Protest 32644–K of Marks & Rosenfeld, Inc. (New York).

Opinion by KEEFE, J. At the hearing three witnesses, including the examiner of merchandise, testified for the plaintiff. The merchandise was described by the witnesses as vases of plain white china embossed in the mold, having handles in ornamental forms such as a bird with wings, etc., and they stated that the articles were regarded by the trade and dealt in as white blanks for ornamentation, and that the handles were utilitarian in purpose. In view of the uncontradicted evidence the vases in question were held dutiable at 60 percent under paragraph 212 as claimed.

**No. 47195.**—Protest 44218–K of Rudolf Nathan (Pittsburgh).

Opinion by KEEFE, J. At the trial the plaintiff limited his claims to certain articles. He testified that one of the articles, binoculars, had been in his possession 6 years prior to his immigrating to this country and that the remaining articles had been in his household for more than a year prior to departure. However, from the evidence presented the court was unable to determine which of the household effects, if any, are entitled to free entry under paragraph 1632. The binoculars were not shown to be household effects, nor to be exempt from duty under paragraph 1798. On the record presented the protest was overruled in all respects.